UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TOCCI BUILDING CORPORATION, et al.<br><br>Defendants. | Civ. No. 1:21-cv-10388-PBS<br><br>**MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**Count I** |

Pursuant to Local Rule 56.1 and Rule 56 of the Federal Rules of Civil Procedure, Admiral Insurance Company ("Admiral") respectfully moves for summary judgment as to Count I of its Complaint [ECF Doc. No. 1]. As support, Admiral incorporates by reference the facts, authorities, and reasoning set forth in the accompanying Memorandum of Law.

Respectfully submitted,

Dated April 9, 2020           Admiral Insurance Company

/s/ Eric B. Hermanson
Eric B. Hermanson (BBO #560256)
Austin D. Moody (BBO #704315)
WHITE AND WILLIAMS LLP
101 Arch Street, Suite 1930
Boston, MA  02110
Tel: (617) 748-5200
Fax: (617) 748-5201
hermansone@whiteandwilliams.com
moodya@whiteandwilliams.com

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel for Admiral Insurance Company conferred in good faith with counsel for Defendants on April 8, 2021. The parties were unable to resolve the dispute.

/s/ Austin D. Moody
Austin D. Moody

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants as of April 9, 2021.

/s/ Eric B. Hermanson
Eric B. Hermanson

26887139v.1