## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY,<br><br>       Plaintiff,<br>v.<br><br>TOCCI BUILDING CORPORATION, et al.<br><br>       Defendants. | Civ. No. 1:21-cv-10388-PBS<br><br><br><br>April 19, 2021 |

### DEFENDANTS' MOTION TO DISMISS THE COMPLAINT IN ITS ENTIRETY, OR, IN THE ALTERNATIVE, TO STAY THIS ACTION

The defendants, Tocci Building Corporation, Tocci Residential, LLC, and John L. Tocci, Sr. (together, "Defendants") respectfully move this Court, pursuant to Fed. R. Civ. P. 12(b)(7), to dismiss, or, in the alternative, to stay this matter until final resolution of the declaratory judgment action pending in the Superior Court of the State of New Jersey, Middlesex County, captioned <u>Tocci Building Corporation, et al., v. Admiral Insurance Company, et al.</u>, Docket No. MID-L-001500-21. In support of this Motion, Defendants rely on the Memorandum of Law and accompanying exhibits filed together herewith.

                                                       Respectfully submitted,

                                                        /s/ Jeffrey J. Vita
                                                     Jeffrey J. Vita (BBO #675191)
                                                     jvita@sdvlaw.com
                                                     Kerianne E. Kane (BBO #693386)
                                                     kkane@sdvlaw.com
                                                     Saxe Doernberger & Vita, P.C.
                                                     35 Nutmeg Drive, Suite 140
                                                     Trumbull, CT 06611
                                                     Tel:  203-287-2100
                                                     Fax:  203-287-8847
                                                     *Counsel for Tocci Building*
                                                     *Corporation, Tocci Residential, LLC*
                                                     *and John L. Tocci, Sr.*

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel for Tocci Building Corporation, Tocci Residential, LLC and John L. Tocci, Sr. conferred in good faith with counsel for Admiral Insurance Company on April 19, 2021. The parties were unable to resolve the dispute.

/s/ Keriane E. Kane
Kerianne E. Kane

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2021, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Court's Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

/s/ Jeffrey J. Vita
Jeffrey J. Vita